No. 470. UNITED STATES *v.* SHOTWELL MANUFACTURING Co. ET AL.; and

No. 471. SHOTWELL MANUFACTURING Co. ET AL. *v.* UNITED STATES. On petitions for writs of certiorari to the United States Court of Appeals for the Seventh Circuit. The motion of the Solicitor General to defer consideration of the petitions for writs of certiorari is granted. *Solicitor General Soloff* for the United States, movant. *Harold A. Smith* and *Howard Ellis* for petitioners in No. 471 and respondents in No. 470.

No. 19. MASTRO PLASTICS CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD, 350 U. S. 270. Petition for rehearing denied. The motion for correction of the opinion is also denied.

No. 312. UNITED STATES *v.* OHIO POWER Co. The order of December 5, 1955, 350 U. S. 919, denying the petition for rehearing, is vacated and the petition for rehearing is continued.

No. 740, Misc. HORN *v.* MELLOTT, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 788, Misc. CLARK *v.* UNITED STATES. Application denied.

No. 800. UNITED STATES *v.* HOWARD, TRADING AS STOKES FISH Co. Appeal from the United States District Court for the Southern District of Florida. Probable jurisdiction noted. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States. *Clarence L. Thacker* for appellee.